John H. Meier, appellee, v. John A. Eck Company, appellant. Gen. No. 29,505.

Action on contract for the sale of merchandise. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. George A. Curran, Judge, presiding. Heard in the second division

of this court for the first district at the October term, 1924. Reversed and remanded. Opinion filed March 3, 1925.

Stewart Reed Brown, for appellant. Hart E. Baker, for appellee.

Mr. Justice Gridley delivered the opinion of the court.